■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BROWN, Appellant. [617 NYS2d 175] —Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered March 10, 1993, convicting defendant, upon a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

Viewing the evidence in the light most favorable to the People *(People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932), defendant's guilt was established beyond a reasonable doubt *(People v Bleakley,* 69 NY2d 490). The undercover identified defendant after the drug sale and again at trial. The absence of drugs or pre-recorded buy money does not prevent a jury finding of defendant's guilt *(see, People v Vickers,* 177 AD2d 608).

While the prosecutor's improper statement implied that defendant should produce evidence to rebut his guilt *(see, People v Pizzaro,* 184 AD2d 448, 449, *lv denied* 80 NY2d 908), the statement was not part of a pattern designed to prejudice the jury *(People v Halm,* 81 NY2d 819, 821), and there is not a significant likelihood that this single comment affected the verdict *(People v Pizzaro, supra),* especially in light of the court's corrective charge.

We have considered defendant's remaining contentions and find them to be without merit. Concur—Wallach, J. P., Kupferman, Ross, Nardelli and Williams, JJ.